

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Kohl's, Inc.
Risk Department
Kohl's Corporation - Litigation Department
N56 W17000 Ridgewood Drive
Menomonee Falls WI 53051

11/30/2021

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2021-2501

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1.  | **Entity Served:** | Kohl's, Inc. |
| --- | --- | --- |
| 2.  | **Title of Action:** | Nancy Voelz vs. Kohl's Department Stores, Inc., et al. |
| 3.  | **Document(s) Served:** | Summons<br>Notice to Defendants<br>Complaint<br>Affidavit |
| 4.  | **Court/Agency:** | Kendall County Twenty-Third Judicial Circuit Court |
| 5.  | **State Served:** | Illinois |
| 6.  | **Case Number:** | 2021L 000091 |
| 7.  | **Case Type:** | Negligence/Personal Injury |
| 8.  | **Method of Service:** | Hand Delivered |
| 9.  | **Date Received:** | Monday 11/29/2021 |
| 10. | **Date to Client:** | Tuesday 11/30/2021 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Wednesday 12/29/2021 | <span style="color:red">**CAUTION:**</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Michael Carin<br>Chicago, IL<br>773-745-1909 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 141 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.   It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

801 US Highway 1 North Palm Beach, FL 33408   Tel: (561) 694-8107   Fax: (561) 694-1639
www.CorporateCreations.com



EXHIBIT A

# THE TWENTY-THIRD JUDICIAL CIRCUIT
# KENDALL COUNTY, ILLINOIS



\* 5 0 1 1 9 9 3 6 \*

| | | |
|---|---|---|
| NANCY VOELZ | ) | CASE NO: 2021L 000091 |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S, INC. | ) | |
| Defendant(s), | ) | |

Amount Claimed: $50000

| | | | |
|---|---|---|---|
| Plaintiff's Attorney: | MICHAEL CARIN | TO THE SHERIFF: | SERVE THE DEFENDANT AT: |
| Attorney No: | 6281683 | NAME: | Corporate Creations Network |
| Address: | 7170 W. GRAND AVE. | ADDRESS: | 350 S. Northwest Hwy 300 |
| City/State/Zip: | CHICAGO, IL 60707 | CITY/STATE/ZIP: | Park Ridge, IL 60068 |
| Telephone No: | 773-745-1909 | TELEPHONE NO: | |
| Email Address: | | | |

## SUMMONS

To the above-named Defendant(s):

☐ A. You are hereby Summoned and required to appear before this Court, located at 807 W. John Street, Yorkville, IL in Courtroom _____, before the Honorable Judge _____ at _____ on _____ to answer the Complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the Complaint.

☑ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this Summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the Complaint.

> E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER: This Summons must be returned by the Officer or other person to whom it was given for service, with endorsement thereon of Service and fees, if any, immediately after service. In the event that paragraph "A" of this Summons is applicable this Summons may not be served less than three (3) days before the day of appearance. If service cannot be made. This Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date if paragraph "B" is applicable

Witness this date 11/10/2021

_Matthew E. Prochaska_
Clerk of Court

Date of Service: _____
Time of Service: _____
(to be inserted by Officer on copy left with Defendant)

[SEAL: CIRCUIT COURT OF THE 23rd JUDICIAL CIRCUIT COUNTY OF KENDALL ILLINOIS]

NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $10,000 – SEE REVERSE SIDE

REV. 06/18

8

## NOTICE TO DEFENDANTS – SMALL CLAIMS CASES ONLY 
### (Pursuant to Supreme Court Rule)

In a civil action for money (under $10,000) in which the Summons requires your appearance on a specified day, you may enter your appearance as follows:

1. You may enter your appearance prior to the time specified in the Summons by filing a written appearance, answer or motion in person or by attorney at the Office of the Circuit Clerk, Kendall County Courthouse, 807 W. John St. Yorkville, IL 60560.
2. You may enter your appearance at the time and place specified in the Summons by making your presence known to the Judge when your case is called.

In either event, **YOU MUST APPEAR IN PERSON OR BY ATTORNEY** at the time and place specified in the Summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will not be heard on the date set forth in the Summons unless otherwise ordered by the Court. Only the Court can make an exception. Do not call upon the Court Clerk or the Sheriff's office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the Summons. You, or an attorney representing you, **MUST APPEAR IN PERSON** at the specified time and place and make such a request.

If you do not appear on the return date, most likely a judgment by default will be entered against you for the amounts sought in the complaint.

---

### OFFICIAL SHERIFF PROCESS ONLY

I certify that I served this Summons on defendant(s) as follows:

[ ] (a). (Individual defendant(s)-personal):
By leaving a copy of the Summons and Complaint with each individual defendant(s) personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
|  |  |
|  |  |
|  |  |

[ ] (b). (Individual defendant(s)-abode):
By leaving a copy of the Summons and Complaint at the defendant(s) usual place of abode, with some person of the family, or a person residing there of the age of 13 years or upwards, informing that person of the contents of the Summons, and also by sending a copy of the Summons and Complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant(s) at his/her usual place of abode, as follows:

| Name of Defendant | Person With Whom Left | Date of Service | Mail Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

[ ] (c). (Corporation defendant(s)):
By leaving a copy of the Summons and Complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent | Date of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

[ ] (d). (Other service):

_____, Sheriff of _____ County by _____,
deputy. Sheriff's Fees: Service and return $_____ + Miles _____ at $ _____ per mile = total $_____.
Sheriff _____ of _____ County.

[ ] (e) Summons in Cases under the Illinois Marriage and Dissolution of Marriage Act. In all proceedings under the Illinois Marriage and Dissolution of Marriage Act, the summons shall include a notice on its reverse side referring to a dissolution action stay being in effect on service of summons, and shall state that any person who fails to obey a dissolution action stay may be subject to punishment for contempt, and shall include language:
    (1) restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and
    (2) restraining both parties from concealing a minor child of either party from the child's other parent. The restraint provided in this subsection (e) does not operate to make unavailable any of the remedies provided in the Illinois Domestic Violence Act of 1986.

[ ] (f) Waiver of Service of Summons. In all cases in which a plaintiff notifies a defendant of the commencement of an action and requests that the defendant waive service of summons under section 2-213 of the Code of Civil Procedure, the request shall be in writing

# THE TWENTY-THIRD JUDICIAL CIRCUIT
# KENDALL COUNTY, ILLINOIS



* 5 0 1 1 9 9 3 6 *

| | | |
|---|---|---|
| NANCY VOELZ | ) | CASE NO: 2021L 000091 |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S, INC. | ) | |
| Defendant(s), | ) | |

Amount Claimed: $50000

| | | | |
|---|---|---|---|
| Plaintiff's Attorney: | MICHAEL CARIN | TO THE SHERIFF: | SERVE THE DEFENDANT AT: |
| Attorney No: | 6281683 | NAME: | Corporate Creations Network |
| Address: | 7170 W. GRAND AVE. | ADDRESS: | 350 S. Northwest Hwy 300 |
| City/State/Zip: | CHICAGO, IL 60707 | CITY/STATE/ZIP: | Park Ridge, IL 60068 |
| Telephone No: | 773-745-1909 | TELEPHONE NO: | |
| Email Address: | | | |

## SUMMONS

To the above-named Defendant(s):

☐ A. You are hereby Summoned and required to appear before this Court, located at 807 W. John Street, Yorkville, IL in Courtroom _____, before the Honorable Judge _____ at _____ on _____ to answer the Complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the Complaint.

☑ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this Summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the Complaint.

> E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER: This Summons must be returned by the Officer or other person to whom it was given for service, with endorsement thereon of Service and fees, if any, immediately after service. In the event that paragraph "A" of this Summons is applicable this Summons may not be served less than three (3) days before the day of appearance. If service cannot be made. This Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date if paragraph "B" is applicable

Witness this date 11/10/2021

_Matthew D. Prochaska_
Clerk of Court

Date of Service: _____
Time of Service: _____
(to be inserted by Officer on copy left with Defendant)

NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $10,000 – SEE REVERSE SIDE

REV. 06/18

8

## NOTICE TO DEFENDANTS – SMALL CLAIMS CASES ONLY
(Pursuant to Supreme Court Rule)

\* 5 0 1 1 9 9 3 6 \*

In a civil action for money (under $10,000) in which the Summons requires your appearance on a specified day, you may enter your appearance as follows:

1. You may enter your appearance prior to the time specified in the Summons by filing a written appearance, answer or motion in person or by attorney at the Office of the Circuit Clerk, Kendall County Courthouse, 807 W. John St. Yorkville, IL 60560.
2. You may enter your appearance at the time and place specified in the Summons by making your presence known to the Judge when your case is called.

In either event, **YOU MUST APPEAR IN PERSON OR BY ATTORNEY** at the time and place specified in the Summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will not be heard on the date set forth in the Summons unless otherwise ordered by the Court. Only the Court can make an exception. Do not call upon the Court Clerk or the Sheriff's office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the Summons. You, or an attorney representing you, **MUST APPEAR IN PERSON** at the specified time and place and make such a request.

If you do not appear on the return date, most likely a judgment by default will be entered against you for the amounts sought in the complaint.

---

## OFFICIAL SHERIFF PROCESS ONLY

I certify that I served this Summons on defendant(s) as follows:

[ ] (a). (Individual defendant(s)-personal):
By leaving a copy of the Summons and Complaint with each individual defendant(s) personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
|  |  |
|  |  |
|  |  |

[ ] (b). (Individual defendant(s)-abode):
By leaving a copy of the Summons and Complaint at the defendant(s) usual place of abode, with some person of the family, or a person residing there of the age of 13 years or upwards, informing that person of the contents of the Summons, and also by sending a copy of the Summons and Complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant(s) at his/her usual place of abode, as follows:

| Name of Defendant | Person With Whom Left | Date of Service | Mail Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

[ ] (c). (Corporation defendant(s)):
By leaving a copy of the Summons and Complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent | Date of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

[ ] (d). (Other service):

_____, Sheriff of _____ County by _____,
deputy. Sheriff's Fees: Service and return $_____ + Miles _____ at $_____ per mile = total $_____.
Sheriff _____ of _____ County.

[ ] (e) Summons in Cases under the Illinois Marriage and Dissolution of Marriage Act. In all proceedings under the Illinois Marriage and Dissolution of Marriage Act, the summons shall include a notice on its reverse side referring to a dissolution action stay being in effect on service of summons, and shall state that any person who fails to obey a dissolution action stay may be subject to punishment for contempt, and shall include language:

    (1) restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and
    (2) restraining both parties from concealing a minor child of either party from the child's other parent. The restraint provided in this subsection (e) does not operate to make unavailable any of the remedies provided in the Illinois Domestic Violence Act of 1986.

[ ] (f) Waiver of Service of Summons. In all cases in which a plaintiff notifies a defendant of the commencement of an action and requests that the defendant waive service of summons under section 2-213 of the Code of Civil Procedure, the request shall be in writing

KENDALL COUNTY ILLINOIS
11/9/2021 1:51 PM 9 3 6 *
MATTHEW G. PROCHASKA
CLERK OF THE CIRCUIT COURT

STATE OF ILLINOIS )
) SS.
COUNTY OF KENDALL )

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| NANCY VOELZ, <br><br> Plaintiff, <br><br> vs. <br><br> KOHL'S DEPARTMENT STORES, INC. d/b/a KOHL'S, KOHL'S INC. d/b/a KOHL'S, and KIN, INC. d/b/a KOHL'S, <br><br> Defendants. | No: 2021L 000091 <br><br> Amount Claimed: Greater than $50,000 <br><br> **NOTICE** <br> Pursuant to Supreme Court Rule 218, this case is hereby set for a Case Management Conference on 02/07/2022 at 9 am in courtroom 115. Failure to appear may result in the case being dismissed or an order of default being entered. <br> Clerk of the Circuit Court |

**COMPLAINT**

**COUNT I**

NOW COMES the Plaintiff, NANCY VOELZ, by and through her attorneys, MANCINI LAW GROUP, P.C., and complaining of the Defendant, KOHL'S DEPARTMENT STORES, INC. d/b/a KOHL'S, state as follows:

1. On November 10, 2019, the Defendant owned, managed, maintained and controlled a certain retail establishment known as Kohl's located at or near 2500 US-34 in the City of Oswego, County of Kendall and State of Illinois.

2. On November 10, 2019 the Plaintiff was a patron at the aforementioned premises.

3. At all times relevant hereto it was the duty of the Defendant to exercise ordinary care in the ownership, maintenance and control of the aforementioned premises.

1



4. Notwithstanding and in breach of the aforementioned duty of care the Defendant was then and there guilty of one or more or all of the following careless and negligent acts and/or omissions:

    (a) Failed to warn patrons of a boxes protruding into an aisle of said premises which they knew or should have known would constitute a dangerous and hazard condition to those persons attempting to traverse said area including the Plaintiff herein;

    (b) Failed to rectify the aforementioned dangerous and hazardous conditions even though they knew or should have known that their failure to do so would be dangerous to those persons attempting to traverse said area, including the Plaintiff herein;

    (c) Failed to adequately inspect the premises to learn of the existence of the aforementioned dangerous condition;

    (d) Failed to adequately supervise or instruct those persons cleaning the aforementioned floor on the proper methodology to secure said basket holding container in said area;

5. As a direct and proximate result of the foregoing the Plaintiff was caused to slip and fall and thereby sustain severe and permanent personal injuries and suffer pecuniary damages.

WHEREFORE, Plaintiff, NANCY VOELZ, prays that judgment be entered in her favor and against the Defendant, KOHL'S DEPARTMENT STORES, INC. d/b/a KOHL'S, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) together with the costs of bringing suit.

### COUNT II

NOW COMES the Plaintiff, NANCY VOELZ, by and through her attorneys, MANCINI LAW GROUP, P.C., and complaining of the Defendant, KOHL'S INC. d/b/a KOHL'S, state as follows:



1. On November 10, 2019, the Defendant owned, managed, maintained and controlled a certain retail establishment known as Kohl's located at or near 2500 US-34 in the City of Oswego, County of Kendall and State of Illinois.

2. On November 10, 2019 the Plaintiff was a patron at the aforementioned premises.

3. At all times relevant hereto it was the duty of the Defendant to exercise ordinary care in the ownership, maintenance and control of the aforementioned premises.

4. Notwithstanding and in breach of the aforementioned duty of care the Defendant was then and there guilty of one or more or all of the following careless and negligent acts and/or omissions:

(a) Failed to warn patrons of a boxes protruding into an aisle of said premises which they knew or should have known would constitute a dangerous and hazard condition to those persons attempting to traverse said area including the Plaintiff herein;

(b) Failed to rectify the aforementioned dangerous and hazardous conditions even though they knew or should have known that their failure to do so would be dangerous to those persons attempting to traverse said area, including the Plaintiff herein;

(c) Failed to adequately inspect the premises to learn of the existence of the aforementioned dangerous condition;

(d) Failed to adequately supervise or instruct those persons cleaning the aforementioned floor on the proper methodology to secure said basket holding container in said area;



5. As a direct and proximate result of the foregoing the Plaintiff was caused to slip and fall and thereby sustain severe and permanent personal injuries and suffer pecuniary damages.

WHEREFORE, Plaintiff, NANCY VOELZ, prays that judgment be entered in her favor and against the Defendant, KOHL'S INC. d/b/a KOHL'S, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) together with the costs of bringing suit.

**COUNT III**

NOW COMES the Plaintiff, NANCY VOELZ, by and through her attorneys, MANCINI LAW GROUP, P.C., and complaining of the Defendant, KIN, INC. d/b/a KOHL'S, state as follows:

1. On November 10, 2019, the Defendant owned, managed, maintained and controlled a certain retail establishment known as Kohl's located at or near 2500 US-34 in the City of Oswego, County of Kendall and State of Illinois.

2. On November 10, 2019 the Plaintiff was a patron at the aforementioned premises.

3. At all times relevant hereto it was the duty of the Defendant to exercise ordinary care in the ownership, maintenance and control of the aforementioned premises.

4. Notwithstanding and in breach of the aforementioned duty of care the Defendant was then and there guilty of one or more or all of the following careless and negligent acts and/or omissions:

4



\* 5 0 1 1 9 9 3 6 \*

    (a)    Failed to warn patrons of a boxes protruding into an aisle of said premises which they knew or should have known would constitute a dangerous and hazard condition to those persons attempting to traverse said area including the Plaintiff herein;

    (b)    Failed to rectify the aforementioned dangerous and hazardous conditions even though they knew or should have known that their failure to do so would be dangerous to those persons attempting to traverse said area, including the Plaintiff herein;

    (c)    Failed to adequately inspect the premises to learn of the existence of the aforementioned dangerous condition;

    (d)    Failed to adequately supervise or instruct those persons cleaning the aforementioned floor on the proper methodology to secure said basket holding container in said area;

5.    As a direct and proximate result of the foregoing the Plaintiff was caused to slip and fall and thereby sustain severe and permanent personal injuries and suffer pecuniary damages.

WHEREFORE, Plaintiff, NANCY VOELZ, prays that judgment be entered in her favor and against the Defendant, KIN, INC. d/b/a KOHL'S, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) together with the costs of bringing suit.

Respectfully submitted,

Michael Carin

MANCINI LAW GROUP, P.C.
7170 W. Grand Ave.
Chicago, Illinois 60707
P: (773) 745-1909 F: (773) 745-1912
ARDC NO. 6281683
Service@mancinilaw.com
mcarin@mancinilaw.com

KENDALL COUNTY ILLINOIS
11/19/2021 1:51 PM 9 3 6
MATTHEW G. PROCHASKA
CLERK OF THE CIRCUIT COURT

STATE OF ILLINOIS )
) SS.
COUNTY OF KENDALL )

## IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

NANCY VOELZ,

        Plaintiff,

vs.

KOHL'S DEPARTMENT
STORES, INC. d/b/a KOHL'S,
KOHL'S INC. d/b/a KOHL'S,
and KIN, INC. d/b/a KOHL'S,

        Defendants.

No: 2021L 000091

Amount Claimed: Greater than $50,000

## AFFIDAVIT

I, Michael Carin having been first duly sworn do depose and state that the total of money damages sought in this case does exceed $50,000. Further Affiant sayeth naught.

_____
Michael Carin
Attorney for Plaintiff Nancy Voelz
MANCINI LAW GROUP, P.C.
7170 W. Grand Ave.
Chicago, Illinois 60707
P: (773) 745-1909 F: (773) 745-1912
ARDC NO. 6281683
Mcarin@mancinilaw.com
Service@mancinilaw.com

Subscribed and Sworn to me this
____ day of __November__, 2021.

_____
Notary Public

OFFICIAL SEAL
JACQUELINE AGUILAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/10/22

6